IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MARK ORTMAYER,

        Plaintiff,

vs.

UNION BANK OF CALIFORNIA, N.A.,
CAL-WESTERN RECONVEYANCE
CORPORATION, MERIDIAN REALTY
GROUP, INC., CHRISTOPHER R.
BURKE, TIMOTHY M. PURCELL,

        Defendants.

Case No. 04-1580-HU

ORDER

Mark Ortmayer
2367 N. E. 23rd Street
Gresham, Oregon 97030

    Pro Se Plaintiff

Cameron L. Sabin
Stephen L. Griffith
STOEL RIVES, LLP
900 S.W. Fifth Avenue, Suite 2600
Portland, Oregon 97204

Attorney for Defendant Union Bank of California, N.A.

David E. McAllister
MOSS PITE & DUNCAN, LLP
525 East Main Street
P.O. Box 12289
El Cajon, California 92022-2289

KING, Judge:

Magistrate Dennis Hubel filed his Findings and Recommendation (#37) on May 19, 2005 and referred it to me on June 6, 2005. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Barilla v. Ervin, 886 F.2d 1514, 1518 (9th Cir. 1989) (citing Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT the Findings and Recommendation (#37) of Judge Hubel and GRANT in part and DENY in part UBC's motion to dismiss (#30) and GRANT in part and DENY in part Cal-Western's motion to dismiss (#27).

Dated this 22nd day of June, 2005.

Garr M. King
United States District Judge